# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NAOMI RICHES d/b/a NAOMI LEATHERMAN,

    Plaintiff,

v.                                                              CASE NO. 6:12-CV-1524-Orl-36DAB

CASEY ANTHONY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation of Magistrate Judge David A. Baker, filed on October 10, 2012 (Doc. 3). In the Report and Recommendation, the Magistrate Judge recommends that Plaintiff Naomi Riches' ("Plaintiff") Motion for leave to proceed *in forma pauperis* (Doc. 2) be denied and Plaintiff's Complaint (Doc. 1) be dismissed for lack of subject matter jurisdiction. *See* Doc. 3. Neither party has objected to the Report and Recommendation and the time to do so has expired.

The Court is in agreement with the Magistrate Judge that Plaintiff's Complaint fails to allege a sufficient basis for the exercise of this Court's jurisdiction. *See* Doc. 3. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Naomi Riches' Motion for leave to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction.

4. The clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Orlando, Florida on November 1, 2012.

*[signature]*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD